708

## Commonwealth *v.* Bryant, Appellant.

Argued September 12, 1969. *Stephen L. Hymowitz,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Bunch, Appellant.

Submitted September 10, 1969. *P. Richard Klein,* Public Defender, for appellant; *John B. Talierco,* Assistant District Attorney, and *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

Adjudication of delinquency affirmed.